UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

Case No. 4:20-CV-1551-HEA

MELANIE FORD,

    *Plaintiff,*

v.

R.J. REYNOLDS TOBACCO CO.,

    *Defendant.*

_____/

## STIPULATION OF DISMISSAL

The parties, through their undersigned counsel, stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii), that this action be dismissed with prejudice as to all claims and parties, with each party bearing their attorney's fees and costs.

| | |
|---|---|
| /s/Carl L. Rowley | /s/Allan B. Kaiser |
| Carl L. Rowley 33854MO | Allan B. Kaiser 32359MO |
| Thompson Coburn LLP | 6300 Alexander Drive |
| One US Bank Plaza | St. Louis, MO 63105 |
| St. Louis, MO 63101 | Bar No. 32359MO |
| Email:crowley@thompsoncoburn.com | Tel: (314) 800-1117 |
| *Attorneys for Defendant* | Email:akaiser@teinmalone.com |
| | *Attorneys for Plaintiff* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 21st day of October, 2022, a true and correct copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the Court's electronic filing system.

                                                                /s/Allan B. Kaiser